UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANA M. BREAUX for J.A.B.             CIVIL ACTION

VERSUS             NO. 04-1564

JO ANNE B. BARNHART,             SECTION "S"(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's failure to file any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Commissioner's Motion for Summary Judgment is GRANTED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 31 day March, 2006

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____